AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

TAYLOR SMITH


RECEIVED JUL 01 2016
U.S. Marshals Service, EDNC

WARRANT FOR ARREST

CRIMINAL CASE: 5:16-CR-159-6FL(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**TAYLOR SMITH** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 841(a)(1): Conspiracy to distribute and possess with intent to distribute a quantity of oxycodone and hydrocodone, a Schedule II controlled substance

Julie Richards Johnston
Name of Issuing Officer

Signature of Issuing Officer by Deputy

Clerk of Court
Title of Issuing Officer

June 28, 2016 - WILMINGTON, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

Youngsville, NC

| DATE RECEIVED 7/1/16 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 7/7/16 | M. Franklin, DEA | J. Griffin, LESheS |

FILED

JUL 07 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK